Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA 94104
California Bar No. 184529
(415) 362-7412
(415) 362-7290 fax

Attorney for Debtors
Dao Pham and Phuong Pham

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

Dao Pham and Phuong Pham

Debtors.

DAO PHAM AND PHUONG PHAM,
                           Movant.

v.s.

INDYMAC MORTGAGE SERVICE.
                           Respondent.

Case No. 10-51177 RLE
Chapter 13

**DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO DETERMINE VALUE SECURITY OF INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK.**

TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:

    Dao Pham and Phuong Pham, debtors herein by and through their counsel of record, Drew Henwood, Esq. hereby file this Declaration of Debtors in Support of Motion to Value Security and (hereinafter referred to as the "Declaration") in support of the Motion to Value Security of Indymac Mortgage Services, a division of One West Bank, FSB (hereinafter referred to as the "Motion").

    Our names are Dao Pham and Phuong Pham and we make this declaration under penalty of perjury under the laws of the United States of America and the State of California. We have personal and firsthand knowledge as to the statements made and declared herein, except at

such times as we so state the statement made herein is based on information from a source other than myself and as to those matters we believe them to be true. If called upon as a witness in a court of law, we would competently testify as to the following.

We filed our voluntary Chapter 13 petition with Case No. 10-51177 in the United States Bankruptcy Court for the Northern District of California, San Jose Division on February 6, 2010. Our assets include real property commonly known as 4460 Giselle Lane, Stockton CA 95206 ("Property").

We are informed and believe that at the time of the filing of my bankruptcy petition, the Property was worth $132,660.00, attached and incorporated a Cyberhomes. Com report as reference herein as Exhibit A.

Creditor KH Financial, L.P. now Indymac Mortgage Services, a division of One West Bank hold a claim secured by a first deed of trust which was recorded on November 10, 2004 in the Official Records of San Joaquin County Recording with Document number 2004-256485; this creditor has **filed no claim** but upon our information and belief, this creditor's unclaimed amount would be approximately $ 275, 650.62, a copy of the deed of trust as reference herein as Exhibit B.

We acknowledge and intend to comply with all obligations in my chapter 13 case, including making consistent payments to the Chapter 13 Trustee.

We are familiar with sales of similar properties in the San Joaquin by contacting several Realtors area and have thorough knowledge of the condition of the subject property.

Whereas, for the reasons above stated, we formally move the court to enter an Order providing that:

    a. The value of the Property is no more than $132,660.00

    b. The interest of Respondent One West Bank in the Property is $132,660.00

    c. For such other and further relief as the court may deem just and proper.

We declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of our information, knowledge and

Page 2 -DECLARATION OF DEBTORS IN SUPPORT MOTION TO VALUE SECURITY OF ONE INDYMAC BANK, A DIVISION OF ONE WEST BANK
In re Dao Pham and Phuong Pham
Chapter 13 Case No. 10-51177

Case: 10-51177    Doc# 30    Filed: 04/02/10    Entered: 04/02/10 11:57:54    Page 2 of 3

1 | belief.

Dated this 29 day of March, 2010

/s/ Dao Pham and Phuong Pham

_____
Declarant herein

10  W:\WD@SJ Office\Work\BANKRUPTCY REFORM\Chapter 13 cases, confirmed and pending\Pham, Dao Q & Phuong\Pleadings\Motion to cram down\Declaration 1b.wpd