Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter St., Suite 621
San Francisco, CA 95401
California Bar No. 184529
(415)362-7412
(415)362-7290 fax
email: henwood.drew@gmail.com

Attorney for Debtors
Dao Pham and Phuong Pham

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Dao Pham and Phuong Pham<br><br>Debtors.<br><br>DAO PHAM AND PHUONG PHAM,<br><br>Movants<br><br>vs.<br><br>ONE WEST<br><br>Respondent. | Case No. 10-51177 RLE<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING**<br><br>DATE:<br>TIME:<br>PLACE:<br>BEFORE: |

**TO ONE WEST BANK, RE DEBTORS' MOTION TO VALUE SECURITY INTEREST OF INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK.**

(i) Bankruptcy Local Rule 9014-1, 4001-2(d)(2) and 4001-2(e) of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and

that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of this motion;

    (ii) a request for hearing or objection must be accompanied by any declarations or memoranda or law the party objecting to requesting wish to present in support of its position.

    (iii) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv) that the initiating party will give at least 10 days written notice of hearing to the objection party or requesting party, and to any trustee or committee appointed in the case in the event an objection or request for hearing is timely made.

Dated this 29 day of March, 2010

                                    /s/ Drew Henwood, Esq
                                    _____
                                    Attorney For Debtors
                                    Dao Pham and Phuong Pham

W:\WD@SJ Office\Work\BANKRUPTCY REFORM\Chapter 13 cases, confirmed and pending\Pham, Dao Q & Phuong\Pleadings\Motion to cram down\Notice and opportunity for hearing.wpd

Page 2 -NOTICE AND OPPORTUNITY FOR HEARING        In re Dao Pham and Phuong Pham
Chapter 13 Case No. 10-51177

Case: 10-51177   Doc# 31   Filed: 04/02/10   Entered: 04/02/10 12:00:24   Page 2 of 2